

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Richard Sterling Brennan, Jr.,          \* From the 104th District Court
of Taylor County,
Trial Court No. 23425-B.

Vs. No. 11-23-00135-CR          \* November 2, 2023

The State of Texas,          \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Richard Sterling Brennan, Jr.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.